# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ricky W. Campbell,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                    3:11cv68

Terry Burgess, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2012 Order.

                                              Signed: August 6, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court